**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**ANTWANN RICHARDSON**                                            **PLAINTIFF**

**v.**                                            **No. 1:25-cv-00102-MPM-RP**

**UNITED STATES OF AMERICA**                                            **DEFENDANT**

## ORDER

This matter comes before the Court on Defendant the United States of America's Unopposed Motion to Partially Unseal Matters Before the Grand Jury [24]. The Court, having carefully considered the motion and the applicable law, and for good cause shown, finds that the Motion is well-taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that grand jury materials in the Northern District of Mississippi related to the investigation of Antwann Richardson and Jabari Edwards shall be disclosed to the attorneys and staff in the Civil Division of the U.S. Attorney's Office for the Northern District of Mississippi, in the Department of Justice, and to counsel for the U.S. Department of Treasury, in connection with their representation of the United States of America in the above-captioned matter.

SO ORDERED, this the 20th day of May, 2026.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI